AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

January 23, 2020

David J. Bradley, Clerk of Court

United States of America
v.
Robert Gasper PERI

Defendant(s)

Case No. **4:20mj0116**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 20, 2020  in the county of  Fort Bend  in the
Southern District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252(a)(5)(b) | Possession of Child Pornography |
| 18 USC 2252A(a)(2)(B) & 2252A(b)(1) | Distribution and Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Attached

☑ Continued on the attached sheet.

_Complainant's signature_

Laura J Gill, Special Agent
_Printed name and title_

Sworn to telephonically.

Date: 01/23/2020

_Judge's signature_

City and state: Houston, Texas

Dena Hanovice Palermo, U.S. Magistrate Judge
_Printed name and title_

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Laura J. Gill, being duly sworn, hereby depose and state the following:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the Office of the Special Agent in Charge, Houston, Texas. I have been employed by Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI), as an HSI agent for approximately nine years. I am currently assigned to the Cyber Investigations Group (CIG), and as part of my daily duties as an HSI agent assigned to this group, I investigate criminal violations relating to child exploitation and child pornography including violations of Chapter 109A, Chapter 110 and Chapter 117, all contained within Title 18 of the United States Code. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review examples of child pornography in various forms of media including computer media. I have also participated in the execution of search warrants; a number of which involved child exploitation, child pornography and online solicitation offenses.

2. This Affidavit is made in support of a criminal complaint charging Robert Gasper PERI with violating Title 18 U.S.C. § 2252A(a)(2)(B) and § 2252A(b)(1), the distribution of child pornography; violating Title 18 U.S.C. § 2252A(a)(2)(B) and § 2252A(b)(1), the receipt of child pornography; and violating Title 18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2), the possession of child pornography.

3. This Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts I believe are necessary to establish probable cause that evidence of violation of 18 U.S.C. § 2252A(a)(2)(B), distribution and receipt of child pornography, occurred between the dates of on or about December 11, 2018 and on or about September 20, 2019; and evidence of violation of 18 U.S.C. § 2252A(a)(5)(B) and 2252A(b)(2), possession of child pornography, occurred on or about January 22, 2020, and were committed by Robert Gasper PERI. Throughout this Affidavit, statements made by sources of information and other

1

witnesses are set forth in substance and in pertinent part unless otherwise indicated. Further, the facts and circumstances of this investigation have not been set forth in pertinent part for the purpose of this Affidavit and do not include the complete factual history of this investigation, or all of its details.

### Factual Basis to Support Criminal Complaint

4. On or about October 16, 2019, SA Laura J. Gill, HSI Houston, received information from the National Center for Missing and Exploited Children (NCMEC) regarding a Cyber Tip Line concerning the alleged distribution of child pornography via email account bontemps64@yahoo.com.

5. On or about October 14, 2019, Oath Holdings, Inc. utilized the NCMEC online reporting system to report 263 files of concern for law enforcement review. Oath Holdings, Inc. provided the following information associated with the email used to distribute the 263 files.

- Name: Bob Pangloss
- Email address: bontemps64@yahoo.com
- Screen/user name: 4YHRU4BISPDSVULCJ2QMF5FQ3Y
- Alternate email address: bobperi2@gmail.com
- Account creation: June 17, 2011 from Comcast Cable IP address 98.196.71.40
- User-Provided location for the Yahoo account: 77479, United States
- Last successful login to account: October 13, 2019, from Comcast Cable IP address 2601:2c6:0:3360:f161:2e0b:524a:93i1 (Port 49808)
- Additional successful login to the Yahoo account: October 11, 2019, at 12:41:29 (UTC) from Houston Independent School District IP address 166.127.1.191 (Port 59409)
- Additional information: the file name of each image uploaded by the individual using bontemps64@yahoo.com

6. On or about October 18, 2019, a check of the Texas Workforce Commission database revealed Robert Gasper PERI is employed by the Houston Independent School District.

7. On October 24, 2019, SA Gill sent a federal search warrant to Oath Holdings, Inc. for all email content including images, videos, headers, log-in IP addresses associated with session times and dates, account status, alternative email, etc.

8. On November 19, 2019, SA Gill received a CD-R search warrant response from Oath Holdings, Inc.

9. On November 19, 2019, SA Gill reviewed the contents of the CD-R sent by Oath Holdings, Inc. and observed several emails sent by or received by bontemps64@yahoo.com in which the email user bontemps64@yahoo.com sends child pornography images, comments on attached child pornography images, comments on child pornography collections, and requests passwords to albums containing child pornography.

10. On January 8, 2019, jorkrod777@mail.ru sent an email to bontemps64@yahoo.com. The email included the following images:

   a. Image imgsrc_ru50502789NjN.jpg is an image file of a fully nude Caucasian prepubescent male, approximately 8-10 years of age. The prepubescent male is lying on a white towel, his hair is wet, his knees are bent, and legs are separated. The prepubescent male's penis and testicles are displayed in a lewd and lascivious manner.

   b. Image 273.jpg is an image file of a fully nude Asian prepubescent female, approximately 3-5 years of age. The prepubescent female is seated on a white chair with her hands on the arm rests. The prepubescent female's legs are separated, and an adult Asian female has her hand against the prepubescent female's inner right thigh while her face is pressed into the prepubescent female's vagina.

11. On January 8, 2019, bontemps64@yahoo.com sent an email to jorkrod777@mail.ru with the comment "what a selection! Here's some of mine…" The email response included the following images:

   a. Image 34856054RC.jpg is an image file of a fully nude Caucasian pubescent female, approximately 10-12 years of age. The pubescent female is on her knees, facing the camera. Her left shoulder is pressed against the wall below a window, her left arm is crossed in front of her waist, with her left hand resting on her right side at hip. Her vagina is displayed in a lewd and lascivious manner.

   b. Image 34800315jMl.jpg is an image file of a fully nude Caucasian pubescent female, approximately 11-13 years of age. The pubescent female is seated, facing the camera, and is slightly leaning back and to the left while resting on her hands. The pubescent female's left leg is outstretched and bent at the knee so that her foot is facing her vagina. The right leg is bent and crossed over the left leg with the toes just resting slightly on the ground and to the left. The pubescent female's vagina is displayed in a lewd and lascivious manner.

12. On May 16, 2019, bontemps64@yahoo.com sent an email to jockrod777@mail.ru asking "you still alive and well?"

13. On June 15, 2019, bontemps64@yahoo.com sent an email to jockrod777@mail.ru asking "anything new? :=)."

14. On March 20, 2019, bontemps64@yahoo.com sent an email to doucheinthenight34@gmail.com stating "would like password have more to trade. : -)." The email included the following image:

   a. Image 448.jpg is an image file of a fully nude Caucasian prepubescent female, approximately 10-12 years of age. The prepubescent female is facing the camera, leaning backwards, her buttocks are resting on the edge of the desk with her hands behind her

4

holding her up. The prepubescent female's vagina is displayed in a lewd and lascivious manner.

15. On or about November 20, 2019, a Department of Homeland Security subpoena was sent to Comcast Communications requesting subscriber information related to IP address 2601:2c6:0:3360:f161:2e0b:524a:93i1 (Port 49808) for October 13, 2019 at 13:30:56 UTC ( the last successful login from email account bontemps64@yahoo.com).

16. On November 20, 2019, Comcast Communications responded to the Department of Homeland Security subpoena with the following information:

- Subscriber Name: Robert Peri
- Service Address: 6946 Woodside Drive, Sugarland, Texas 77470
- Type of Service: High Speed Internet Service
- Account Status: Active
- IP Assignment: Dynamically Assigned
- E-mail User Ids: bobperi2@comcast.net

17. On or about November 20, 2019, SA Gill performed a record check for 6946 Woodside Drive, Sugar Land, Texas and observed that the owner of the residence was identified as Robert Gasper Peri, Jr.

18. SA Gill conducted surveillance on January 7, 2020 at the target residence. A 2017 red Chevrolet Silverado bearing Texas license plate number KKC3291 was observed exiting the driveway of the residence in the early morning hours. The Silverado was occupied by a Caucasian male. A records check revealed the Silverado was registered to Robert G. Peri at the target residence.

19. Agents executed a federal search warrant at the aforementioned residence in Sugar Land, Texas on January 22, 2020.

20. During the initial entry of the residence as agents and officers began clearing and securing the residence, two desktop monitors were observed in the on position atop a desk in the first room

5

to the left of the front door.

21. During the execution of the warrant, law enforcement made contact with Robert G. PERI, hereinafter referred to as PERI. PERI was subsequently interviewed by SA Gill and Fort Bend County District Attorney's Office (FBDAO) Investigator (INV) Bruce Moats. After being advised of his *Miranda Rights*, which he acknowledged and stated he understood, PERI agreed to make a statement.

22. PERI advised he is solely responsible for the utilities, including Comcast/Xfinity for cable and internet. PERI advised that his personal email address is bobperi2@gmail.com, he previously utilized email address bontemps64@yahoo.com, and he uses honeydoguy@gmail.com as a "trash" email.

23. PERI stated he would select categories such as nudity or family with subcategories such as kids on image source to obtain images of young girls and would save them to his computer. PERI admitted he would masturbate while looking at the saved images.

24. PERI advised SA Gill that the flash drive in his briefcase and an old computer in a spare bedroom would contain child pornography.

25. PERI confirmed he sent some child pornography images to other individuals and received child pornography images from other individuals via email.

26. During the execution of the search warrant, a forensic preview of PERI's two desktop computers and two flash drives revealed the presence of images that constitute child pornography.

27. Some of those images are described as follows:
 a. inkedmydreamlolitas082.jpg is an image file of two fully nude Caucasian prepubescent females approximately 10 to 12-years of age. The females are seated with their backs resting against an orange upholstered piece of furniture. The prepubescent females have their legs separated with their vaginas lewd and lasciviously displayed.
 b. imgsrc.ru_53343109jbs.jpg is an image file of a partially nude Caucasian prepubescent female approximately 10-12 years of age. The prepubescent female is seated in

a partially reclined position. She is wearing a sheer pink robe with feathered cuffs, a pink piece of ribbon with white and yellow flowers around her waist, and a pink garter on her upper left thigh. The prepubescent female's vagina is lewd and lasciviously displayed.

c. amanda (35).jpg is an image file of a fully nude prepubescent Caucasian female approximately 10-12 years of age. The prepubescent female is seated on a bed with her back resting against a lavender wall and supported by a purple, pink, and white pillow. Her legs are bent so that the soles of her feet are resting on the bed out in front of her. The prepubescent female's legs are separated with her vagina lewd and lasciviously displayed.

28. Based on my training and experience, the files sent and received by PERI's email address and the files found on PERI's devices meet the federal definition of child pornography as defined by Title 18 U.S.C. § 2256.

## Conclusion

29. Based on the information set forth above, your Affiant believes there is probable cause to believe that between the dates of on or about December 11, 2018 and on or about September 20, 2019, Robert Gasper PERI was in violation of Title 18 U.S.C. § 2252A(a)(2)(B) by distributing and receiving child pornography. Furthermore, your Affiant believes there is probable cause to believe on or about January 22, 2020, Robert Gasper PERI was in violation of 18 USC 2252(a)(5)(b), Possession of Child Pornography.

_____
Laura J. Gill
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN telephonically.
Before me this __23__ day of January 2020 and I find probable cause.

_____
Dena Hanovice Palermo
United States Magistrate Judge
Southern District of Texas

7